# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Manuel Martinez,

Plaintiff(s),

v.

C Studio Manufacturing, LLC,

Defendant(s).

Case No. 23 cv 2319
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendant's agreed motion to remand [21] is granted. The Clerk's Office is to remand this case to the Circuit Court of DuPage County forthwith.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on an agreed motion to remand.

Date: 8/30/2023

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk