

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton           312-435-5670
Clerk

9/11/2023

Du Page - 18th Judicial Circuit Court

Re: Martinez v. C Studio Manufacturing, LLC

USDC Case Number: 23-cv-2319

Other Court Case Number: 2023CH000053

Dear Clerk:

A certified copy of an order entered on 8/30/2023, by the Honorable Coleman remanding the above-entitled case back to the Du Page - 18th Judicial Circuit Court , is herewith transmitted to you for your files.

        Sincerely,

        Thomas G. Bruton, Clerk

        By: /s/ Paula Harrison
            Deputy Clerk

Enclosure(s)
cc: Counsel of record